# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145636 & (15)(16)

TAMRA LYNN TRACY,
      Plaintiff-Appellant,

v

                           SC: 145636
                           COA: 311072
ANDREW WAYNE TRACY,       Genesee CC: 11-302515-DM
      Defendant-Appellee.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 6, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2012

Clerk

s0821